Alan H. Weinreb, Esq.
THE MARGOLIN & WEINREB LAW GROUP, LLP
165 Eileen Way, Suite 101
Syosset, New York 11791
Telephone: (516) 945-6055
alan@nyfclaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
WINDWARD BORA LLC,

                                Plaintiff,

          -against-                        STATEMENT PURSUANT
                                                  TO FED. R. CIV. P. 7.1

IRA THOMAS, NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD,
                              Defendant(s).
----------------------------------------------------------------------X

       Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Windward Bora LLC hereby certifies that it does not have any parent corporation publicly held. Windward Bora LLC has no publicly held subsidiaries or affiliates.

Dated:  November 3, 2020
           Syosset, New York

                                        Yours, etc.
                                        The Margolin & Weinreb Law Group, LLP
                                        Attorneys for Plaintiff

                                        By:/s/ Alan H. Weinreb
                                            Alan H. Weinreb, Esq.